UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jabulani Maitland

    v.                                 Case No. 23-cv-74-SE

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 5, 2024.  For the reasons explained therein, the petition is dismissed as moot; the respondent's motion for summary judgment (Doc. No. 6) is denied as moot; and the petitioner's motion for release (Doc. No. 14) is denied as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: March 20, 2024

```
cc:   Jabulani Maitland, pro se
      Heather A. Cherniske, Esq.
```